AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of multiple structures and vehicles located at GPS Coordinates 35.34924, -110.206056 in Dilkon, Arizona within the confines of the Navajo Nation Indian Reservation. | Case No.    26-04070MB |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ____March 16, 2026____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2026.03.03 09:20:09 -07'00'

Date and time issued: _____

*Judge's signature*

City and state: Flagstaff, Arizona_____

Honorable Camille D. Bibles, U.S. Magistrate Judge_____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>26-04070 | Date and time warrant executed: | Copy of warrant and inventory left with:<br>Rosie Bonney |

Inventory made in the presence of :
Navajo Nation Criminal Investigator Rosalyn Benally

Inventory of the property taken and name of any person(s) seized:

Document ledger
Plastic Bag containing a white substance
Live ammunition found in a gym bag: (10) 9 mm
Live ammunition found in a container: (1) 16 gauge shotgun shell, (1) 7.62 x 39, (37) .22, (1) 5.56 x 49
Container with: (8) .223 "Dummy" rounds
Container with: (9) .380 (3) .357 and (20) .22 caliber live ammunition
Scale
Ledger Book
(1) Live round of 12 Gauge ammunition.
Remington, model Sportsman Versa Max, serial number R757311A, 12 Gauge
Black SKS, serial number AN3204, 7.62. x 39 caliber
Black shotgun lower receiver (not firearm)
 Live ammunition taken from inside gun box: (1) .223, (2) 7.52 x 39
 Small pink bag containing a white crystalline substance.
 (1) live rounds of 9mm
 (10) live rounds of 9mm ammunition with magazine
 Hi-Point, model 995, serial number E208509, 9mm.
 20 gauge Harrington And Richardson Shot gun serial number AT313719
20 auge Harrington And Richardson Shot gun serial number AP208174
(1) Expended 20 Gauge shotgun shell

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   3/4/26

_____
Executing officer's signature

Jenifer J. Mulhollen, FBI, Special Agent
_____
*Printed name and title*